■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE M. LEAK, Appellant, v WARDEN, NEW YORK CITY HOUSE OF DETENTION FOR MEN, RIKERS ISLAND, Respondent. — Judgment, Supreme Court, New York County, entered on December 8, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738;

*People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Fein, J. P., Lupiano, Silverman, Bloom and Carro, JJ.